**Katherine S. JOHNSON, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

**No. 2008–3146.**

United States Court of Appeals, Federal Circuit.

Oct. 15, 2008.

Charles E. Samuels, Samuels Law Firm, of Richmond, Virginia, argued for petitioner.

David A. Harrington, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. On the brief were Gregory G. Katsas, Assistant Attorney General, Jeanne E. Davidson, Director, and Donald E. Kinner, Assistant Director. Of counsel was Marla T. Conneely, Attorney; and Jo Ann Chabot, Office of Personnel Management, of Washington, DC.

Before LOURIE, RADER, and BRYSON, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.